## WEST KENTUCKY COAL COMPANY v. SMITH, Doing Business as Exchange Milling Co.

Court of Appeals of Kentucky.

(Decided May 8, 1934.)

H. D. ALLEN, Jr., for movant.

G. L. DRURY, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## WILLIAMS v. STATE FARM MUTUAL INSURANCE COMPANY.

Court of Appeals of Kentucky.

(Decided May 1, 1934.)

J. B. SNYDER for movant.

WILLIAM SAMPSON, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.